IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 31 PM 3: 53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| AIJALON WALLACE MCLITTLE II, ) | |
| Plaintiff, ) | |
| vs. ) | No. 03-2870BV |
| MOSE HINTON, et al., ) | |
| Defendants. ) | |

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE

Before the court is the motion of the plaintiff, Aijalon Wallace McLittle II, proceeding *pro se*, to extend the discovery deadline of July 29, 2005, to September 15, 2005, in order to pursue production of a picture withheld by the defendants from document production and to pursue a more complete response to plaintiff's Interrogatory No. 2. The motion was referred to the undersigned United States Magistrate Judge for determination.

Pursuant to Local Rule 11(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion. The defendants have not filed a response to this motion, and the time for responding has now expired. Rule 11(a)(2) further provides that "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-1-05

29

In the absence of any response by the defendants, the plaintiff's motion is granted in part. The discovery deadline is extended to September 15, 2005, for the limited purpose of the plaintiff pursuing production of the picture and a more complete response to Interrogatory No. 2.

IT IS SO ORDERED this 31st day of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:03-CV-02870 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

John Ashcroft
U.S. DEPARTMENT OF JUSTICE
P.O. Box 66400
Washington, DC 20035--640

Aijalon Wallace McLittle
FCI- Sheridan
21050-039
P.O. Box 5000
Sheridan, OR 97378

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT