UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -4 AM 11: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

AIJALON WALLACE MC LITTLE, II,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:03-2870-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on September 30, 2005, this cause is hereby dismissed and judgment is granted in favor of the defendant, the United States of America, and against the plaintiff, Aijalon Wallace McLittle, II.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

10/3/05
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-5-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:03-CV-02870 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Aijalon Wallace McLittle
FCI- Sheridan
21050-039
P.O. Box 5000
Sheridan, OR 97378

Honorable J. Breen
US DISTRICT COURT